| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | Squire, Sanders & Dempsey L.L.P.<br>Mark C. Goodman (State Bar No. 154692)<br>David A. Gabianelli (State Bar No. 158170)<br>Julie E. Schwartz (State Bar No. 260624)<br>Email:   mgoodman@ssd.com<br>Email:   dgabianelli@ssd.com<br>Email:   jeschwartz@ssd.com<br><br>One Maritime Plaza, Suite 300<br>San Francisco, CA  94111<br>Telephone:+1.415.954.0200<br>Facsimile:  +1.415.393.9887<br><br>Attorneys for Defendants<br>BAYER CORPORATION,<br>BAYER HEALTHCARE LLC and<br>BAYER HEALTHCARE PHARMACEUTICALS INC. | JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA KIRRER.<br><br>             Plaintiff,<br><br>        vs.<br><br>BAYER CORPORATION; an Indiana corporation; BAYER HEALTHCARE PHARMACEUTICALS INC., a Delaware corporation; BAYER HEALTHCARE LLC, a Delaware limited liability company; BERLEX LABORATORIES INTERNATIONAL INC., a Delaware corporation; BAYER SCHERING PHARMA AG; a German corporation; BAYER AG, a German corporation; SCHERING AG, a German corporation; MCKESSON CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive.<br><br>             Defendants. | Case No. SACV10-00234 DOC (ANx)<br><br>**ORDER REMANDING CASE**<br><br>OCSC Case No. 30-2009-00327640 |

1  Upon consideration of the parties' stipulation to remand this action, it is
2  hereby ordered that this action is **REMANDED** to the Superior Court of the State
3  of California, County of Orange.  Each party shall bear her or its own costs and
4  attorneys' fees incurred in connection with the removal and other proceedings in
5  this Court.

8  **IT IS SO ORDERED.**

9  Dated: March 10, 2010

*/s/ David O. Carter*

Hon. David O. Carter
United States District Judge

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111-3492